FILED 20 SEP '17 16:39 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

**UNITED STATES OF AMERICA**                    **6:17-CR- 348 - MC**

       **v.**                                                            **INDICTMENT**

**TYLER WAYNE FULLER,**                          **18 U.S.C. § 2113(a)**

       **Defendant.**

## THE GRAND JURY CHARGES:

### COUNT 1
### (Bank Robbery)
### (18 U.S.C. § 2113(a))

On or about August 21, 2017, in the District of Oregon, defendant Tyler Wayne Fuller,

by force, violence and intimidation did take from a person, a bank teller, approximately five

hundred and seventeen dollars ($517), money belonging to and in the care, custody, control,

management, and possession of the U.S. Bank located at 42 Southwest C Street in Madras,

Oregon, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation

(F.D.I.C.);

In violation of Title 18, United States Code, Section 2113(a).

\ \ \

\ \ \

Revised 03/2017

Dated this 20th day of September 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

FRANK R. PAPAGNI, JR.
Assistant United States Attorney

**INDICTMENT**                                                    **Page 2**